**Order entered August 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01080-CV

### BRETT SHIPP, Appellant

### V.

### DR. RICHARD MALOUF AND LEANNE MALOUF, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

Before the Court is appellees' second unopposed motion for extension of time to file a motion for rehearing. We **GRANT** the motion. Appellees' motion for rehearing is due August 29, 2014.

/s/      JIM MOSELEY
JUSTICE